UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JEFFREY NICHOLAS AASE,

       Petitioner,

v.                              **ORDER**
                              Civil File No. 16-3101 (MJD/BRT)

THOMAS ROY, Commissioner of
Corrections,

       Respondent.

Jeffrey Nicholas Aase, pro se.

Greg T. Kryzer, Assistant Wright County Attorney, Counsel for Respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated May 1, 2017. Petitioner Jeffrey Nicholas Aase filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Thorson dated May 1, 2017.

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated May 1, 2017 [Docket No. 16].

2. Respondent's Motion to Dismiss [Docket No. 7] is **GRANTED**.

3. Petitioner's Petition for Writ of Habeas Corpus [Docket No.1] is **DENIED**.

4. The Court denies a Certificate of Appealability in this case.

5. This matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 27, 2017  s/Michael J. Davis
Michael J. Davis
United States District Court